**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
Corbin William Archer and Lisa Ann Collet Archer
        Debtor(s).

Case No. 22−24511 KRA
Chapter 13

## DEFICIENCY NOTICE

The Chapter 13 Petition filed with the Court on 11/16/22 was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Federal Rules of Bankruptcy Procedure 1007 and 2016 and Local Rule Bankruptcy Rule 1007−1 set forth specific papers that are required to be filed with the Court.

DEFICIENCY NOTICE. MISSING PAPERS REQUIRED TO BE FILED: List of Creditors, Chapter 13 Stmt of Current Monthly and Disposable Income, Declaration/Schedules Signatures, Chapter 13 Plan, Schedule A/B, Schedule C, Schedule D, Schedules E/F, Schedule G, Schedule H, Schedule I, Schedule J, Schedule J−2, Schedule A−J, Summary of Assets and Liabilities, Statement of Financial Affairs and Schedules, Certificate of Credit Counseling for Debtor, Certificate of Credit Counseling for Joint Debtor, Incomplete Filings due by 11/30/2022. 11 USC 521(i) Deadline: 1/3/2023. (mkh)

**By the due date(s) specified above,** you must file the papers listed above with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101. The List of Creditors, if not filed with the Voluntary Petition, must be filed not later than two (2) days thereafter per Local Rule 1007−1(b). You may file a motion to extend the time for filing missing and/or deficient papers and a proposed order. Failure to timely comply may cause your case to be dismissed as described below.

Official Bankruptcy Forms are available at www.uscourts.gov/forms/bankruptcy−forms. The 100 series of forms are for individuals and the 200 series of forms are for non−individuals. If "Outdated/wrong series of forms" is listed as a deficiency, all documents must be filed/refiled using Official Form Series (100 or 200) dated 12/15.

If you fail to file all of the missing and/or deficient papers specified above by the date(s) indicated, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

### IMPORTANT − YOUR RIGHTS MAY BE AFFECTED:

If you fail to file all of the missing and/or deficient papers specified above within **45 days** after the filing of your bankruptcy petition, your case may be **automatically dismissed** without further notice or hearing. 11 U.S.C. § 521(i)

Dated: November 17, 2022

                                              David A. Sime
                                              Clerk of Court