**This order is SIGNED.**

**Dated: November 17, 2022**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

---

*Order Prepared and Submitted By:*
Mark C. Rose, #13855
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com.
*Attorneys for Creditor Glass Mechanix Solutions, Inc.*

---

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| In re:<br><br>CORBIN WILLIAM ARCHER and<br>LISA ANN COLLET ARCHER<br><br>Debtors. | Bankruptcy Case 22-24511<br>(Chapter 13)<br><br>Judge Kevin R. Anderson<br><br>**FILED ELECTRONICALLY** |
|---|---|

**ORDER PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)**

_____

Before the Court for ruling is Creditor Glass Mechanix Solutions, Inc.'s ("Creditor") *Ex Parte Motion for Entry of an Order Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii)* [ECF No. 3] (the "Motion"). The Motion seeks an order confirming that no stay is in effect as to the debtors or their property.

The Court has reviewed the Motion, the dockets for the cases referenced in the Motion, and all other documents submitted in this matter. Having received no objection to the Motion, notice being proper, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Motion [ECF No. 3] is **GRANTED**; and

2. Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), the Court hereby confirms that there is no automatic stay in effect as to Debtors Corbin William Archer and Lisa Ann Collet Archer or their property.

---------------------------------------------**END OF ORDER**---------------------------------------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Mark C. Rose, mrose@mbt-law.com; markcroselegal@gmail.com
**All other parties entitled to notice in this case.**

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM-ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Corbin William Archer
3861 East Evelyn Drive
Salt Lake City, Utah 84124

Lisa Ann Collett Archer
3861 East Evelyn Drive
Salt Lake City, Utah 84124

_____
Deputy Clerk