Peter Harrison (11365)
Gavin Wenzel (17344)
**MILLER HARRISON LLC**
5292 S. College Drive, Suite 304
Murray, Utah 84123
Telephone: (801) 692-0799
Gavin@millerharrisonlaw.com

*Attorneys for RSVP Holdings LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
### Central Division

| In Re: | Bankruptcy No.: 22-24511 |
|---|---|
| Corbin Archer and Lisa Archer | (Chapter 13) |
| | Honorable Kevin R. Anderson |

## MOTION TO WITHDRAW

## MOTION OF RSVP HOLDINGS, LLC FOR ORDER CONFIRMING NO BANKRUPTCY STAY PURSUANT TO 11 U.S.C. § 362(D)(4)(A)

RSVP Holdings, LLC ("Creditor"), by and through its undersigned counsel, filed a Motion of RSVP Holdings, LLC for Order Confirming No Bankruptcy Stay Pursuant to 11 U.S.C § 362(D)(4)(A) (the "Motion") on November 17, 2022, requesting that the Court confirm that no stay went into effect due to debtors' repeated bankruptcy filings. Subsequently, Creditor learned that an Order was entered on November 17, 2022, confirming that no stay is in effect as to the debtors or their property. As a result, the need for Court to grant an order in favor of Creditor is moot, and Creditor hereby requests that the Court withdraw the Motion and strike the hearing scheduled for December 19, 2022, at 1:30 PM.

                                                MILLER HARRISON

                                                /s/ Gavin Wenzel
                                                Attorney for Creditor

## **CERTIFICATE OF MAILING**

      I hereby certify that on November 18, 2022, I caused to be mailed or served a true and correct copy of this forgoing MOTION to the following parties:

| **DEBTOR'S ATTORNEY** <br> **(via U.S. Mail & Email)** | **TRUSTEE** <br> **(via electronic notice)** | **U.S. TRUSTEE** <br> **(via electronic notice)** |
|---|---|---|
| Corbin Archer <br> Lisa Archer <br> 3861 East Evelyn Dr Salt Lake City, UT 84124 <br> SALT LAKE-UT <br> corbinarcher@gmail.com <br> lisaarcher@gmail.com | Ch. 13 Trustee's Office 465 South 400 East Suite 200 <br> Salt Lake City, UT 84111 <br> 801-596-2884 <br> ecfmail@ch13ut.org | Washington Federal Bank Bldg. <br> 405 South Main Street <br> Suite 300 <br> Salt Lake City, UT 84111 <br> USTPRegion19.SK.ECF@usdoj.gov |

                                                            */s/ Sydney White* <br>
                                             Paralegal at Miller Harrison