**This order is SIGNED.**

Dated: November 17, 2022



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

kw

---

*Order Prepared and Submitted By:*
Mark C. Rose, #13855
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com.
*Attorneys for Creditor Glass Mechanix Solutions, Inc.*

---

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case 22-24511 (Chapter 13) |
| CORBIN WILLIAM ARCHER and LISA ANN COLLET ARCHER | Judge Kevin R. Anderson |
| Debtors. | FILED ELECTRONICALLY |

### ORDER PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)

Before the Court for ruling is Creditor Glass Mechanix Solutions, Inc.'s ("Creditor") *Ex Parte Motion for Entry of an Order Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii)* [ECF No. 3] (the "Motion"). The Motion seeks an order confirming that no stay is in effect as to the debtors or their property.

The Court has reviewed the Motion, the dockets for the cases referenced in the Motion, and all other documents submitted in this matter. Having received no objection to the Motion, notice being proper, and good cause appearing, it is hereby **ORDERED** as follows:

1. The Motion [ECF No. 3] is **GRANTED**; and

2. Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), the Court hereby confirms that there is no automatic stay in effect as to Debtors Corbin William Archer and Lisa Ann Collet Archer or their property.

----------------------------------------------END OF ORDER----------------------------------------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER PURSUANT TO 11 U.S.C. § 362(c)(4)(A)(ii)** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Mark C. Rose, mrose@mbt-law.com; markcroselegal@gmail.com
**All other parties entitled to notice in this case.**

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM-ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Corbin William Archer
3861 East Evelyn Drive
Salt Lake City, Utah 84124

Lisa Ann Collett Archer
3861 East Evelyn Drive
Salt Lake City, Utah 84124

                                                          _____
                                                          Deputy Clerk

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 22-24511-KRA |
| Corbin William Archer | Chapter 13 |
| Lisa Ann Collet Archer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdfor1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Corbin William Archer, Lisa Ann Collet Archer, 3861 East Evelyn Drive, Salt Lake City, UT 84124-2307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| Mark C. Rose | on behalf of Creditor Glass Mechanix Solutions Inc. mrose@mbt-law.com, markcroselegal@gmail.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3