Mark S. Middlemas, USB No. 9252
Hillary R. McCormack, USB No. 11719
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Nationstar Mortgage LLC
L&A Case No. 22.83385.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 22-24511 KRA |
|---|---|
| Corbin Archer and Lisa Archer, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of Nationstar Mortgage LLC ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

>Mark S. Middlemas
>Lundberg & Associates, PC
>3269 South Main Street, Suite 100
>Salt Lake City, UT 84115

DATED: November 21, 2022.

                LUNDBERG & ASSOCIATES, PC

                By /s/Mark S. Middlemas
                Mark S. Middlemas
                Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on November 21, 2022 I electronically filed the foregoing Appearance of Counsel with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.

CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on November 21, 2022 I caused to be served a true and correct copy of the foregoing Appearance, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

        Corbin Archer
        Lisa Archer
        3861 East Evelyn Drive
        Salt Lake City, UT 84124
            *Pro Se* Debtors

                /s/Mark S. Middlemas
                Mark S. Middlemas