**Form 276**[OSC for Credit Counseling]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:

    Corbin William Archer and Lisa Ann Collet Archer

        Debtor(s).

Case No. 22–24511 KRA
Chapter 13

## ORDER TO SHOW CAUSE

    Section 109(h)(1) of the Bankruptcy Code, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, disqualifies an individual from being a debtor in bankruptcy "unless such individual has, during the 180–day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing . . . that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis." In turn, § 521(b)(1) of the Bankruptcy Code in conjunction with Federal Rule of Bankruptcy Procedure 1007(b)(3)(A) and (C) requires individual debtors to file the certificate of completion received from the approved nonprofit budget and credit counseling agency with the voluntary petition. Although the Debtor(s) indicated on Part 5 of the petition that the required prepetition briefing and certificates of completion had been received, no such certificates have been filed in this case. Accordingly, it is hereby

    ORDERED that the Debtor(s) file the required certificates of completion by **December 16, 2022 and** otherwise show cause why the above–captioned case should not be dismissed for failure to comply with Federal Rule of Bankruptcy Procedure 1007, or the case will be dismissed.

Dated and Entered on: December 1, 2022

*Kevin R. Anderson*

United States Bankruptcy Judge   ()