Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>  CORBIN WILLIAM ARCHER<br>  LISA ANN COLLET ARCHER<br><br>Debtors. | Case No. 22-24511<br>Chapter 13<br>Hon. R. Kimball Mosier |

**NOTICE OF TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE UNDER 11 U.S.C. § 105(a) FOR FAILURE TO PROSECUTE BANKRUPTCY CASE UNDER § 109(g) AND PARTICIPATING IN A SCHEME TO DELAY, HINDER OR DEFRAUD CREDITORS UNDER 11 U.S.C. § 362(d)(4) AND NOTICE OF OPPORTUNITY FOR HEARING**
(Objection Deadline: January 9, 2023)
(Hearing Date: January 23, 2023 at 2:30 p.m.)

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed with the United States Bankruptcy Court for the District of Utah, TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

The Trustee moves the Court for an order dismissing the case with a bar to refiling any petition for a period of no less than 365 days from the date of dismissal for failure to properly prosecute the current bankruptcy.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must do the following:

(1) On or before January 9, 2023, you or your lawyer must file with the Bankruptcy Court a written objection to the Objection explaining your position, at:

United States Bankruptcy Court
350 South Main Street, Room 301
Salt Lake City, UT 84101

 If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it on or before **January 9, 2023**.

(2) Attend the hearing on the Motion which is set for: **January 23, 2023 at 2:30 p.m. Dial (636) 651-3182 Ten Minutes Before Hearing, Access Code 6001201#. There will be no further notice of the hearing** and failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.  In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing enter an order approving the Motion without hearing.

DATED: December 14, 2022

MaryAnn Bride  /s/
MARYANN BRIDE
Attorney for Chapter 13 Trustee

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on December 14, 2022 I electronically filed the foregoing NOTICE OF TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are register CM/ECF users and will be served through the CM/ECF system.

MICHAEL J. WATTON  - ECF Notification

The undersigned hereby certifies that on December 15, 2022, a true and correct copy of the

foregoing NOTICE OF TRUSTEE'S MOTION TO DISMISS WITH PREJUDICEDISMISS WITH PREJUDICE was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

> CORBIN WILLIAM ARCHER
> LISA ANN COLLET ARCHER
> 3861 EAST EVELYN DRIVE
> SALT LAKE CITY, UT 84124

> (All Parties Listed on the Matrix attached)

> _____/s/  Jaci Coyle_____
> Office Chapter 13 Trustee

Label Matrix for local noticing
1088-2
Case 22-24511
District of Utah
Salt Lake City
Wed Dec 14 13:59:30 MST 2022

Corbin William Archer
3861 East Evelyn Drive
Salt Lake City, UT 84124-2307

Lisa Ann Collet Archer
3861 East Evelyn Drive
Salt Lake City, UT 84124-2307

Boost Financial
5940 Summerhill Road
Texarkana, TX 75503-1639

CashNet USA
Attn: Legal Department
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863

Chrysler Capital
1601 Elm Street #800
Dallas, TX 75201-7260

Glass Mechanix Solutions, Inc.
Attn: Mark C. Rose
15 West South Temple, Suite 1000
Salt Lake City, UT 84101-1553

Glass Mechanix Solutions, Inc.
c/o Mark C. Rose
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101-1553

Peter H. Harrison
MILLER HARRISON LLC
5292 So. College Drive
Suite 304
Murray, UT 84123-2991

Lon Jenkins tr
Ch. 13 Trustee's Office
465 South 400 East
Suite 200
Salt Lake City, UT 84111-3345

Mark S. Middlemas
Lundberg & Associates
3269 South Main Street
Suite 100
Salt Lake City, UT 84115-3773

Mr. Cooper
425 Walnut Street
Columbus, OH 43081

NetCredit
Attn: Legal Department
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863

RSVP Holdings, LLC
Miller Harrison
5292 College Drive
304
Murray, UT 84123-2991

Mark C. Rose
McKAY, BURTON & THURMAN, P.C.
15 West South Temple, Suite 1000
Salt Lake City, UT 84101-1553

Speedy#89
P.O. Box 782260
Wichita, KS 67278-2260

SpotLoan
914 Chief Little Shell St
Belcourt, ND 58316

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

(d)US Bank
800 Nicollet Mall
Minneapolis, MN 55402

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cash Central

(u)Nationstar Mortgage LLC

2601 North Lamar Boulevard

RETURNED MAIL--99999

End of Label Matrix

Mailable recipients     18
Bypassed recipients      2
Total                   20