Corbin William Archer
Lisa Ann Collet Archer
Married Filing Jointly
3861 E Evelyn Dr.
Salt Lake City, UT 84124
801-865-7711 (Corbin)
801-865-7445 (Lisa)
corbinarchertoo@gmail.com
lisaacarcher@gmail.com

*Debters*

FILED US Bankruptcy Court-UT
JAN 3 2023 PM 3:15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### Central Division

| In Re: | Bankruptcy No: 22-24511 |
|---|---|
| Corbin Archer and Lisa Archer | (Chapter 13) |
| | Honorable Kevin R. Anderson |

Corbin William Archer and Lisa Ann Collet Archer hereby move and request to dismiss our Chapter 13 case, under 11 US Code 1307(b).