**Alternate Order to be entered by the Court.**

**This order is not signed for the reason set forth above.**

**Dated: January 5, 2023**



---

Prepared and Submitted by the following **UNREPRESENTED DEBTOR:**

Name: CORBIN & LISA ARCHER
Address: 3861 E EVELYN DR
SLC, UT 84124
Phone No.: 801-865-7711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>CORBIN WILLIAM ARCHER<br>LISA ANN COLLET ARCHER,<br><br>Debtor(s). | Bankruptcy No.: 22-24511<br><br>Chapter 13<br><br>Hon KEVIN R. ANDERSON<br>(Judge's Name) |

ORDER

For good cause appearing, it is hereby ORDERED
[Check the boxes that apply in your case.]

☐ The time to file required documents is extended. If the required documents have not already been filed, the Debtor(s), upon entry of this order, has up to seven days to file the required documents.

☐ The meeting of creditors is rescheduled, and the Clerk of Court will send out notice of the rescheduled meeting of creditors. The deadline for objecting to discharge or dischargeability of a debt is extended to 60 days from the date of the rescheduled meeting of creditors. The deadline for objecting to the Debtor(s) exemptions is extended to 30 days from the date of the rescheduled meeting of creditors.

☐ The Order of Dismissal is vacated, and the case is reinstated.
☐ The Objection to Dismissal is SUSTAINED.
☒ Other (please describe the relief requested): VOLUNTARY DISMISSAL REQUESTED

End of Order