**This order is SIGNED.**

**Dated: January 5, 2023**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

slo

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>CORBIN WILLIAM ARCHER and LISA ANN COLLET ARCHER,<br><br>Debtors. | Bankruptcy Number: 22-2411<br><br>Chapter 13<br><br>Hon. Kevin R. Anderson |

**ORDER DISMISSING CASE**

Corbin William Archer and Lisa Ann Collet Archer, the Chapter 13 debtors in the above-captioned case, filed a Motion to Dismiss Ch. 13 on January 3, 2023. *See Docket No. 21*. Based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. The Debtors' Motion to Dismiss Ch. 13 (Docket No. 21) is granted.
2. The above-captioned Chapter 13 case is dismissed.

-----------------------------------END OF DOCUMENT-------------------------------------

1

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER DISMISSING CASE** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- Peter H. Harrison    pharrison@millerharrisonlaw.com
- Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
- Mark S. Middlemas    LundbergECFmail@Lundbergfirm.com, ecfmaildistgroup@lundbergfirm.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

All parties on the Court's official mailing matrix.